AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Christopher Guerrero<br><br>*Defendant.* | Case No. 20-6358-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8//14/2020  in the county of  Broward  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Carter, TFO, FBI
*Printed name and title*

Sworn to and subscribed before me telephonically.

Date: August 16, 2020

*Judge's signature*

City and state:  Fort Lauderdale, Florida   Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Jason Carter, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a sworn law enforcement officer with the City of Coral Springs, Florida Police Department currently assigned to the special victims unit with a primary assignment as a Task Force Officer ("TFO") with the Federal Bureau of Investigations ("FBI"), United States Department of Justice ("DOJ"), Broward County Human Trafficking Task Force. I have been a sworn law enforcement officer with city of Coral Springs Police Department since 2011.  I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct, execute and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States, including crimes related to human trafficking, child pornography and the sexual exploitation of children.

2.     I have participated in investigations of persons suspected of violating federal child pornography laws and human trafficking, including Title 18, United States Code, Sections 2251, 2252 and 2252A.  These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.  During these investigations, I have reviewed thousands of still images and videos,

electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws as well as human trafficking relating to the use of computers for receiving, transmitting, and storing this content.

3. This Affidavit is submitted in support of a criminal complaint which charges Christopher Guerrero with possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

4. I have not included each and every fact known by me concerning this investigation and have included only those facts and circumstances that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint and arrest warrant. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

## SUMMARY OF THE INVESTIGATION

5. In November of 2019, your affiant received three Cyber Tipline Reports generated through the National Center for Missing and Exploited Children (NCMEC). The reports indicated that in October of 2019, a MeWe user with the names of Jason Jones, Nobody Jones and Nothing Jones uploaded images of child pornography to MeWe. The accounts were associated with the electronic mail addresses of guerreroc0308@outlook.com, guerreroc0308@gmail.com and guerreroc@yahoo.com . A sample of the images are as follows:

2

      a.      Image(40) (2).jpg – is an image of an adult female that is holding a what appears to be a 3 to 4 year-old girl and is holding her legs apart, it should be noted that the child does not have pants or underwear on, the main focus of the picture is the child's vagina.

      b.      Image(39) (1).jpg – is an image of what appears to be a 7 - 8 year old girl with her tongue extended out of her mouth, the girls tongue is directly above what appears to be a boy penis who is approximately 5 - 8 years-old.

      c.      Image(36) (1).jpg – is an image of a 2-3 year-old naked female child that has some one inserting a pacifier into her vagina.

6.      The NCMEC report indicated the suspect logged into his account from an ATT U-Verse account from IP address 108.219.42.178.

7.      On 3/7/2020 a subpoena was sent to AT&T for information pertaining to IP Address 108:219:42:178 between 10/06/2019 at 20:37:17 UTC and 11/12/19 at 18:05:55 UTC.

8.      On March 23, 2020 AT&T provided the IP Address 108.219.42.178, belonged to an individual residing at 11576 Royal Palm Blvd: Coral Springs FL 33065-6925.

9.      On July 31, 2020, a search warrant was served on MeWe for information associated with the names of Jason Jones, Nothing Jones and Nobody Jones and associated email addresses of guerreroc0308@outlook.com, guerreroc0308@gmail.com and guerreroc0308@yahoo.com . Results of the MeWe search warrant revealed over 150 images of children under the age of 18 engaged in sexual activity.  The images depict prepubescent children engaging in oral sex, sexual intercourse and manipulation of the genitals.

10.      On August 11, 2020, a search warrant was obtained directing law enforcement to search the Residence located at 11576 Royal Palm Blvd: Coral Springs FL 33065-6925. The search

warrant was obtained based on probable cause to believe that there had been a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) and that evidence of said violations existed at the Residence.

11.     Present during the execution of the search warrant was Christopher Guerrero. After being advised of his Miranda rights Guerrero admitted that he had been obtaining and distributing child pornography via MeWe for several years. He admitted to entering chat rooms to chat with individuals and trade images of child pornography. He admitted to sending and receiving over 1000 images of children engaged in sexual activity. Guerrero further admitted to using his LG cellular phone to access MeWe and to store and trade the images of child pornography.

12.     A forensic preview of Guerrero's LG cellular phone reveled approximately 70 images of children under the age of 18 engaged in sexual activity. A sample of the images found on his LG cellular phone are as follows:

a.  4- 6-year-old female child laying naked with her legs open, at the bottom of the image it appears to be an adult penis. The child's vagina appears to be covered in sperm.

b.  9 – 11-year-old child performing fellatio on what appears to be a 13 -14 year male laying on his back. As the boy is receiving fellatio he is playing with another boys penis that appears to be 10 -12 years old.

c.  Image of 8 – 10-year-old girl laying on comforter on her back, her legs are spread open with an adult male penetrating her with his penis.

## Conclusion

13. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of Christopher Guerrero for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHERAFFIANT SAYETH NAUGHT.

_____
Jason Carter
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically this 16th day of August, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

5